UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSCAR ROBERTSON, ET AL.,

        Plaintiffs,

-against-

NATIONAL BASKETBALL ASSOCIATION,
ET AL.,

        Defendants.

---

THE SPIRITS OF ST. LOUIS BASKETBALL
CLUB, L.P. (formerly referred to as
the Munchak Corp.),

        Cross-claimant,

-against-

NATIONAL BASKETBALL ASSOCIATION,
ET AL.,

        Cross-defendants.

---

70 Civ. 1526 (LAP)

ORDER



LORETTA A. PRESKA, Chief United States District Judge:

      The pending motion to enforce the consent judgment entered in this case [Dkt. No. 2] is hereby STAYED in light of the parties' agreement to suspend litigation for thirty days.

SO ORDERED.

Dated:    New York, New York
           September 14, 2012

                                            /s/ Loretta A. Preska
                                            UNITED STATES DISTRICT JUDGE