UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSCAR ROBERTSON, ET AL.,                    70 Civ. 1526 (LAP)

        Plaintiffs,                        ORDER

   -against-

NATIONAL BASKETBALL ASSOCIATION,
ET AL.,

        Defendants.

---

THE SPIRITS OF ST. LOUIS BASKETBALL
CLUB, L.P. (formerly referred to as
the Munchak Corp.),

        Cross-claimant,

   -against-

NATIONAL BASKETBALL ASSOCIATION,
ET AL.,

        Cross-defendants.

---

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/12
```

LORETTA A. PRESKA, Chief United States District Judge:

    At the request of the parties, this litigation is hereby suspended for an additional thirty days. The parties shall inform the Court no later than November 12, 2012, how they plan to proceed.

SO ORDERED.

Dated:   New York, New York
           October 12, 2012

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE